File No.:

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 18-20394 CMB |
| | : | |
| Frank E. Koterba, III, | : | Chapter 13 |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| Frank E. Koterba, III, | : | Related to Document No. |
| | : | |
| Movant, | : | Related to Claim No. |
| | : | |
| vs. | : | |
| | : | |
| Live Well Financial Inc. and Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| | : | |
| Respondents. | : | |

DEBTOR'S DECLARATION
IN RESPONSE TO NOTICE OF MORTGAGE PAYMENT CHANGE

I, Daniel R. White, Counsel for Debtor, hereby confirm that I have reviewed the Notice of Mortgage Payment Change dated January 17, 2020, which reflects an increase in Debtor's required mortgage payment. I will review Debtor's plan to determine if it is sufficiently funded to cover the new monthly mortgage payment, and will file an amended plan if necessary. Accordingly, I hereby consent to the new post-petition monthly payment of $1,332.60 payable to Live Well Financial Inc. effective March 1, 2020, per its Notice of Mortgage Payment Change dated January 17, 2020.

Date: June 15, 2020

ZEBLEY MEHALOV & WHITE, P.C.

By  /s/ Daniel R. White

Daniel R. White
PA I.D. No. 78718
P.O. Box 2123
Uniontown, PA 15401
724-439-9200
dwhite@Zeblaw.com
Attorney for Debtor