**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
FRANK E. KOTERBA                                               Case No. 18-20394CMB

         Debtor(s)
RONDA J. WINNECOUR,                                            Chapter 13
Standing Chapter 13 Trustee,

         Movant                                    Document No __
   vs.
LIVE WELL FINANCIAL INC

         Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been assigned to . No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.
LOAN SERVICE RELEASED TO PLANET HOME LENDING.

| | |
|---|---|
| LIVE WELL FINANCIAL INC<br>C/O LOANCARE LLC<br>3637 SENTARA WAY<br>VIRGINIA BEACH, VA 23452 | Court claim# 8/Trustee CID# 5 |

The Movant further certifies that on 10/15/2020 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                                /s/ Ronda J. Winnecour
                                                RONDA J WINNECOUR PA ID #30399
                                                CHAPTER 13 TRUSTEE WD PA
                                                600 GRANT STREET
cc:  debtor(s)                                  SUITE 3250 US STEEL TWR
     original creditor                     PITTSBURGH, PA  15219
     putative creditor                   (412) 471-5566
     counsel for debtor(s)            cmecf@chapter13trusteewdpa.com
     counsel for the creditor(s) (if known)

DEBTOR(S):
FRANK E. KOTERBA, 403 ADAMS AVENUE, WEST BROWNSVILLE, PA 15417

:
PLANET HOME LENDING LLC, 321 RESEARCH PARKWAY SE 303, MERIDEN, CT  06450

ORIGINAL CREDITOR'S COUNSEL:
THOMAS SONG ESQ FOR JODI L HAUSE ESQ FORMERLY OF PHELAN HALLINAN ET AL, 1617 JFK BLVD STE 1400, PHILADELPHIA, PA  19103

NEW CREDITOR:

DEBTOR'S COUNSEL:
DANIEL R WHITE ESQ, ZEBLEY MEHALOV & WHITE PC, POB 2123*, UNIONTOWN, PA  15401

ORIGINAL CREDITOR:
LIVE WELL FINANCIAL INC, C/O LOANCARE LLC, 3637 SENTARA WAY, VIRGINIA BEACH, VA  23452