Form 309

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Frank E. Koterba** | : | Case No. 18−20394−CMB |
| **aka Frank E. Koterba III** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related to Doc. No. 78 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 13th of June, 2022,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

*Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Frank E. Koterba  
    Debtor

Case No. 18-20394-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Jun 13, 2022      Form ID: 309      Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frank E. Koterba, 403 Adams Avenue, West Brownsville, PA 15417-2417 |
| cr | ++ | PHEPLE FEDERAL CREDIT UNION, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURG PA 15601-3734 address filed with court:, Westmoreland Community Federal Credit Union, 2900 SEMINARY DRIVE, BUILDING G, GREENSBURGH, PA 15602 |
| 15325504 | + | Avail Holding, LLC, 2100 Ponce De Leon Blvd, Suite 720, Coral Gables, FL 33134-5207 |
| 14788349 | + | Center-West Joint Sewer Authority, 102 East End Road, Brownsville, PA 15417-8636 |
| 14788351 | + | Covelli Law Offices, 357 Regis Avenue-Suite 1, Pittsburgh, PA 15236-1451 |
| 14768534 | | Foundation Radiology Group, PC, 75 Remittance Drive--Dept. 6757, Chicago, IL 60675-6757 |
| 14768536 | | KIA Motors Finance, Attn: Bankruptcy Department, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 14808511 | + | LIVE WELL FINANCIAL, INC, LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH VA 23452-4262 |
| 14788354 | | PNC Cardmemeber Services, P.O. Box 3429, Pittsburgh, PA 15230-3429 |
| 14768541 | | Phelan Hallinan Diamond & Jones, LLP, One Penn Center Plaza @ Suburban Station, 1617 John F. Kennedy Blvd.--Suite 1400, Philadelphia, PA 19103-1814 |
| 14806375 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14768543 | + | Westmoreland Community Federal Credit Un, 1007 Georges Station Road, Greensburg, PA 15601-6982 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14768532 | + | Email/Text: ebn@americollect.com | Jun 13 2022 23:41:00 | Americollect, Inc., P. O. Box 1505, Manitowoc, WI 54221-1505 |
| 14801679 | + | EDI: AIS.COM | Jun 14 2022 03:43:00 | CAPITAL ONE BANK (USA), N.A., CABELA'S CLUB VISA, BY AMERICAN INFOSOURCE AS AGENT, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901 |
| 14768533 | | EDI: CAPITALONE.COM | Jun 14 2022 03:43:00 | Cabela's Club Visa/World's Foremost Bank, P.O. Box 82608, Lincoln, NE 68501-2608 |
| 14788350 | + | Email/Text: mediamanagers@clientservices.com | Jun 13 2022 23:41:00 | Client Services, Inc., 3451 Harry S. Truman Boulevard, Saint Charles, MO 63301-9816 |
| 14788352 | | EDI: CCS.COM | Jun 14 2022 03:43:00 | Credit Collection Services, P.O. Box 337, Norwood, MA 02062-0337 |
| 14808746 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jun 13 2022 23:42:00 | Hyundai Capital America DBA, Kia Motors Finance, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14768535 | | EDI: IRS.COM | Jun 14 2022 03:43:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14768537 | | EDI: RMSC.COM | Jun 14 2022 03:43:00 | Levin Furniture/Synchrony Bank, Bankruptcy Department, P.O. Box 965061, Orlando, FL |

Case 18-20394-CMB   Doc 81   Filed 06/15/22   Entered 06/16/22 00:24:57   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 13, 2022 | Form ID: 309 | Total Noticed: 26 |

| Recip ID | Bypass | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| | | | | 32896-5061 |
| 14768539 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 13 2022 23:41:00 | LoanCare Servicing Center, 3637 Sentara Way--Suite 303, Virginia Beach, VA 23452-4262 |
| 14768540 | | EDI: RMSC.COM | Jun 14 2022 03:43:00 | Lowe's/Synchrony Bank, Attn: Bankruptcy Deptartment, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14768542 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 13 2022 23:41:00 | PNC Bank, Attn: Bankruptcy, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14788353 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 13 2022 23:41:00 | PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14769262 | + | EDI: RECOVERYCORP.COM | Jun 14 2022 03:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14804464 | | EDI: Q3G.COM | Jun 14 2022 03:43:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14806375 | ^ | MEBN | Jun 13 2022 23:38:55 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Avail Holding LLC |
| cr | | LIVE WELL FINANCIAL INC |
| cr | | Live Well Financial INC |
| cr | *+ | Capital One Bank USA, N.A. Cabela's Club Visa, BY AMERICAN INFOSOURCE AS AGENT, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-7901 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14768538 | ##+ | Live Well Financial, Inc., 1011 Boulder Spring Drive--Suite 420, Richmond, VA 23225-4950 |

TOTAL: 3 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 15, 2022                         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Avail Holding LLC bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Debtor Frank E. Koterba lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jun 13, 2022 | Form ID: 309 | Total Noticed: 26 |

Jerome B. Blank
    on behalf of Creditor LIVE WELL FINANCIAL INC pawb@fedphe.com

Natalie Piscione
    on behalf of Creditor Westmoreland Community Federal Credit Union covellilawoffices@yahoo.com ndantonio@covellilaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor Live Well Financial INC pawb@fedphe.com

TOTAL: 7