**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| FRANK E. KOTERBA | Case No.:18-20394 |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 02/02/2018 and confirmed on 05/18/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 107,235.38 |
| Less Refunds to Debtor | 3,290.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 103,945.38 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,000.00 | |
|   Trustee Fee | 4,793.94 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,793.94 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   AVAIL HOLDING LLC | 0.00 | 70,094.67 | 0.00 | 70,094.67 |
|     Acct: 2651 | | | | |
|   AVAIL HOLDING LLC | 19,365.14 | 12,613.97 | 0.00 | 12,613.97 |
|     Acct: 2651 | | | | |
|   CENTER WEST JOINT SEWER AUTHORIT | 900.00 | 586.25 | 0.00 | 586.25 |
|     Acct: 2470 | | | | |
|   HYUNDAI CAPITAL AMERICA D/B/A KIA MC | 12,461.70 | 12,461.70 | 394.85 | 12,856.55 |
|     Acct: 7714 | | | | |
| | | | | 96,151.44 |
| **Priority** | | | | |
|   DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FRANK E. KOTERBA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FRANK E. KOTERBA | 940.00 | 940.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FRANK E. KOTERBA | 1,880.00 | 1,880.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| FRANK E. KOTERBA | 470.00 | 470.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ZEBLEY MEHALOV & WHITE PC | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ZEBLEY MEHALOV & WHITE PC | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 11,858.89 | 0.00 | 0.00 | 0.00 |
| Acct: 1498 | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Unsecured** | | | | |
| CAPITAL ONE BANK USA NA - CABELAS V | 10,362.39 | 0.00 | 0.00 | 0.00 |
| Acct: 9411 | | | | |
| FOUNDATION RADIOLOGY GROUP PC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2206 | | | | |
| FRANK KOTERBA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,690.66 | 0.00 | 0.00 | 0.00 |
| Acct: 8972 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 2,743.04 | 0.00 | 0.00 | 0.00 |
| Acct: 8533 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0253 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1666 | | | | |
| WESTMORELAND COMMUNITY FCU** | 10,385.30 | 0.00 | 0.00 | 0.00 |
| Acct: 4620 | | | | |
| WESTMORELAND COMMUNITY FCU** | 6,520.53 | 0.00 | 0.00 | 0.00 |
| Acct: 4620 | | | | |
| UPMC PHYSICIAN SERVICES | 465.60 | 0.00 | 0.00 | 0.00 |
| Acct: 1498 | | | | |
| INTERNAL REVENUE SERVICE* | 4,661.78 | 0.00 | 0.00 | 0.00 |
| Acct: 1498 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8533 | | | | |
| THOMAS SONG ESQ FOR JODI L HAUSE I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PLANET HOME LENDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VILLAGES OF BANYON GROVE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NATALIE N D'ANTONIO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICOLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CLIENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COVELLI LAW OFFICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT COLLECTION SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | \*\*\*N O N E\*\*\* | | | |

TOTAL PAID TO CREDITORS                                                                                              96,151.44

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 11,858.89 |
| SECURED | 32,726.84 |
| UNSECURED | 36.829.30 |

Date: 08/29/2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com