**Fill in this information to identify the case:**

Debtor 1: FRANK E. KOTERBA A/K/A FRANK E. KOTERBA, III

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: WESTERN  District of PA (State)

Case Number: 18-20394 CMB

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** LIVE WELL FINANCIAL INC

**Court claim no. (if known):** 8

**Last 4 digits** of any number you use to identify the debtor's account: 2601

**Date of payment change:** 03/01/2020
Must be at least 21 days after date of this notice

**New total payment:**
Principal, interest, and escrow, if any    $1,332.60

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:** $513.41    **New escrow payment:** $531.53

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not Attached, explain why:

   **Current interest rate:** ____%    **New interest rate:** ____%
   **Current principal and interest payment:** ____    **New principal and interest payment:** ____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: ____

   **Current mortgage payment:** ____    **New mortgage payment:** ____

Document    Page 2 of 2

Debtor 1  FRANK E. KOTERBA A/K/A FRANK E. KOTERBA, III    Case Number (if known)  18-20394-CMB

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/ Thomas Song, Esquire              Date  January 17, 2020
   Signature

Print:   Thomas Song, Esq., Id. No.89834           Title  Attorney
         First Name   Middle Name   Last Name

Company  Phelan Hallinan Diamond & Jones, LLP

Address  1617 JFK Boulevard, Suite 1400

         Philadelphia, PA 19103

Contact Phone  215-563-7000                        Email  Thomas.Song@phelanhallinan.com